FILED
CLERK, U.S. DISTRICT COURT

AUG – 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AURELIO CAZALES,<br><br>　　　　Defendant. | ) Case No. 10-1665M<br>)<br>) **ORDER OF DETENTION AFTER**<br>) **HEARING**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## I.

A. ( ) On motion of the Government in a case allegedly involving:

　　1. ( )　a crime of violence.

　　2. ( )　an offense with maximum sentence of life imprisonment or death.

　　3. ( )　a narcotics or controlled substance offense with maximum sentence of ten or more years .

　　4. ( )　any felony - where the defendant has been convicted of two or more prior offenses described above.

　　5. ( )　any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✔)　On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:

---

1  (✔)   On the further allegation by the Government of:

2  1. (✔)   a serious risk that the defendant will flee.

3  2. ( )   a serious risk that the defendant will:

4  a. ( ) obstruct or attempt to obstruct justice.

5  b. ( ) threaten, injure, or intimidate a prospective witness or juror or

6  attempt to do so.

7  C. The Government ( ) is/ (✔) is not entitled to a rebuttable presumption that no

8  condition or combination of conditions will reasonably assure the defendant's

9  appearance as required and the safety of any person or the community.

10

11  II.

12  A. (✔)   The Court finds that no condition or combination of conditions will

13  reasonably assure:

14  1. (✔)   the appearance of the defendant as required.

15  (✔)   and/or

16  2. (✔)   the safety of any person or the community.

17  B. ( )   The Court finds that the defendant has not rebutted by sufficient

18  evidence to the contrary the presumption provided by statute.

19

20  III.

21  The Court has considered:

22  A. the nature and circumstances of the offense(s) charged, including whether the

23  offense is a crime of violence, a Federal crime of terrorism, or involves a minor

24  victim or a controlled substance, firearm, explosive, or destructive device;

25  B. the weight of evidence against the defendant;

26  C. the history and characteristics of the defendant; and

27  D. the nature and seriousness of the danger to any person or to the community.

28  IV.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    The Court also has considered all the evidence adduced at the hearing and the

2    arguments   and/or   statements   of   counsel,   and   the   Pretrial   Services

3    Report/recommendation.

4

5                                          V.

6    The Court bases the foregoing finding(s) on the following:

7    A. (✔)    As to flight risk:  Defendant failed to provide background information

8              and appears to be an illegal immigrant with prior deportations.

9    B. (✔)    As to danger:  Defendant's criminal history (including a prior murder

10             conviction) and the instant allegations reflect a serious risk to the

11             community.

12

13                                         VI.

14   A. ( )    The Court finds that a serious risk exists that the defendant will:

15             1. ( ) obstruct  or  attempt to  obstruct  justice.

16             2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

17

18   B. The Court bases the foregoing finding(s) on the following: _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26                                         VII.

27

28   A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    B. IT IS FURTHER ORDERED that the defendant be committed to the

2        custody of the Attorney General for confinement in a corrections facility

3        separate, to the extent practicable, from persons awaiting or serving

4        sentences or being held in custody pending appeal.

5    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

6        opportunity for private consultation with counsel.

7    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

8        or on request of any attorney for the Government, the person in charge of

9        the corrections facility in which the defendant is confined deliver the

10        defendant to a United States marshal for the purpose of an appearance in

11        connection with a court proceeding.

12

13

14

15   DATED: August 3, 2010

16                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**